IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **MARION "PITT" GURKIN, III,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **Civil Action No.** |
| v. ) | **2:14-cv-2792-SHL-tmp** |
| ) | |
| **CONSOLIDATED INSURANCE** ) | |
| **COMPANY,** ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SETTLEMENT**

Pursuant to Local Rule 83.13, all parties to this civil action hereby notify the Court that all of the claims of the Complaint have been resolved. The parties have submitted an Agreed Order of Compromise and Settlement and Dismissal With Prejudice.