IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARION "PITT" GURKIN, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 2:14-cv-2792-SHL-tmp |
| ) | |
| CONSOLIDATED INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

The parties to this action, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement agreement, to the Dismissal With Prejudice of this action, with each party to bear its own attorney's fees and costs.

Respectfully submitted,

Dated: October 14, 2015

By:

*s/Ryan C. Smith*_____
Ryan C. Smith   BPR#032369
5100 Poplar Ave, Suite 5100
Memphis, TN  38137
901.616.1113
Ryan@RyanCSmithLaw.com
Attorney for Plaintiff


*s/John R. Wingo*_____
John R. Wingo   BPR#016955
401 Commerce St., Suite 800
Nashville, TN  37219
615.782.2263

John.Wingo@stites.com
Attorney for Defendant