IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARION "PITT" GURKIN, III,         )<br><br>    Plaintiff,              )<br><br>v.                            )<br><br>CONSOLIDATED INSURANCE    )<br>COMPANY,                  )<br><br>    Defendant.          ) | No. 2:14-cv-2792 - SHL-tmp |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Defendant's Notice of Removal (ECF No. 1), filed October 14, 2014,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal (ECF No. 30) filed October 14, 2015, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims by Plaintiff against Defendant are hereby DISMISSED WITH PREJUDICE.  Each party to bear its own attorney's fees and costs.

APPROVED:

s/ Sheryl H. Lipman
_____
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

October 14, 2015
_____
Date